AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Distribution of Methamphetamine
(21 U.S.C. 841(a)(1), (b)(1)(B)(viii))

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT A

---- DEFENDANT - U.S. ----

▶ ALEJANDRO BARAJAS

DISTRICT COURT NUMBER

CR07-0775 DLJ

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70724 WDB

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA GARTH HIRE

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ 12/3/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

ATTACHMENT A
PENALTY SHEET

*UNITED STATES v. ALEJANDRO BARAJAS*

(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

ALEJANDRO BARAJAS, aka "Alex",

CR07-0775 DLJ

FILED
2007 DEC -6 PM 2:01

DEFENDANT.

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Distribution of Methamphetamine

---

A true bill.

_____
Foreman

Filed in open court this 6th day of December, 2007

_____
Clerk

Bail, $ No process

12-6-07

E-filing

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 DEC -6 PM 2:01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION  CR 07-0775

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) | VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine |
| v. | ) ) ) | |
| ALEJANDRO BARAJAS, aka "Alex," | ) ) ) | OAKLAND VENUE |
| Defendant. | ) ) ) | |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine)

On or about March 12, 2007, in the Northern District of California, defendant,

ALEJANDRO BARAJAS,
aka "Alex,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 15.6 grams of actual methamphetamine in violation of Title 21, United States

///

///

INDICTMENT

1

1 | Code, Sections 841(a)(1), (b)(1)(B)(viii).

2 | DATED: December 6, 2007        A TRUE BILL.

3

4 |                                 _____
                                    FOREPERSON

5 | SCOTT N. SCHOOLS
    United States Attorney
6

7 | _____
    W. DOUGLAS SPRAGUE
8 | Chief, Oakland Branch

9 | (Approved as to form: _____ )
                           AUSA GARTH HIRE
10

INDICTMENT

2