

**United States Department of Justice**

*United States Attorney*
*Northern District of California*

---

GARTH HIRE
Assistant United States Attorney
Organized Crime Strike Force

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340 South*
*Oakland, California 94612-5217*

Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail:     Garth.Hire@usdoj.gov

December 19, 2007

*Via E-Filing*

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

  Re: United States v. Alejandro Barajas
    CR 07-00775 DLJ

Dear Judge Brazil:

  On behalf of both counsel for the government and counsel for defendant, the parties would like to request that the detention hearing currently scheduled for 2:00 p.m. on Thursday, December 20, be rescheduled for the regular calendar at 10:00 a.m. on Thursday, December 20, 2007. Thank you.

              Very truly yours,

              SCOTT N. SCHOOLS
              United States Attorney


              _____/s/_____
              GARTH HIRE
              Assistant United States Attorney


cc: Deborah Levine, Esq.