## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
### Date:  12/21/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-07-00775-DLJ

**Defendant:**  Alejandro Barajas [present; in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Deborah Levine

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**             **Ruling:**
Setting/stat                               -HELD

**Notes:**

**Case Continued to**  1/18/08 AT 9:00AM     for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:** 12/21/07     **Ends:** 1/18/08