UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   1/18/08

**Clerk: Frances Stone**
**Court Reporter: Raynee Mercado**

**Plaintiff:**  United States

**v.**                                                                                          **No.** CR-07-00775-DLJ

**Defendant:**  Alejandro Barajas [present; in custody]

**Appearances for AUSA:**  Garth Hire

**Appearances for Defendant:** Deborah Levine

<u>**Interpreter:**</u> <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

Status                                                -HELD

**Notes:**

**Case Continued to   2/8/08 AT 9:00AM    for  STATUS**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                              for Pretrial Conference
**Case Continued to**         for                 Trial

**Excludable Delay: Category: Begins:  1/18/08          Ends:** 2/8/08