UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

v.                                                              **No.**  CR-07-00775-DLJ

**Defendant:**     Alejandro Barajas [present; in custody]

**Appearances for AUSA:** Garth Hire


**Appearances for Defendant:** Deborah Levine

**Interpreter:**  not needed

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |


**Notes:**  Referred to Probation for Pre-Plea Report for Criminal History only

**Case Continued to   4/4/08 at 9:00AM     for  Change of Plea and Status**

**Motions to be filed by:        Opposition Due:**

**Case Continued to                       for Pretrial Conference**

**Case Continued to          for            Trial**


**Excludable Delay: Category: Begins:  2/8/08          Ends: 4/4/08**


cc: PROBATION