DEBORAH G. LEVINE
1299 Newell Hill Place, Ste.300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for Defendant
ALEJANDRO BARAJAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 07-00775 DLJ |
| **Plaintiff,** | |
| v. | **STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT;   ORDER** |
| **ALEJANDRO BARAJAS**, | |
| **Defendant.** | |

ALEJANDRO BARAJAS, by and through his counsel of record DEBORAH G. LEVINE and the plaintiff, the United States of America and through its counsel, GARTH HIRE, Assistant United States Attorney in the Northern District of California, both hereby stipulate as follows:

1. By this stipulation, the parties jointly move to continue the hearing set for June 6, 2008 to July 25, 2008 for the following reasons:

   a. Defense counsel and the United States require additional time to evaluate the evidence in the case and determine if resolution by plea agreement is possible.

   b. Counsel for defendant needs additional time to further evaluate the evidence in this case to determine what if any pre trial motions should be filed in order to effectively represent the defendant.

   c. Counsel for defendant was on vacation most of May and will be unavailable (out

1         of state) June 20, 2008 and July 11, 2008.

2  2.     For the above-stated reasons, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant to a trial within the original date prescribed by the Speedy Trial Act. Thus, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2008 though and including July 25, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161 (h) (8) (A), (B)(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Judge's finding that the ends of justice are served by taking such action and outweigh the best interests of the public and the defendant in a speedy trail.

IT IS SO STIPULATED.

DATED: June 5, 2008                         Respectfully Submitted,

                                              /s/
                                              DEBORAH G. LEVINE
                                              Attorney for Defendant
                                              ALEXANDRO BARAJAS

DATED: June 5, 2008                         /s/
                                              GARTH HIRE
                                              Assistant United States Attorney
                                              Attorney for United States of America

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00775 DLJ |
| Plaintiff, ) |   |
| v. ) | ORDER |
| ALEJANDRO BARAJAS ) |   |
| Defendant. ) |   |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

UPON STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, this matter is continued from June 6, 2008 until July 25, 2008 at 9 a.m. for status conference . This Court finds that the period of time from June 6, 2008 through and including July 25, 2008 is excludable for purposes of the Speedy Trial Act for the reasons set forth in the stipulation of the parties, and this Court adopts those reasons as its findings.

IT IS SO ORDERED.

Dated: June 6 , 2008

HONORABLE D. LOWELL JENSEN
United States District Court Judge