

**United States Department of Justice**

**United States Attorney**
**Northern District of California**

---

*GARTH HIRE*  
*Assistant United States Attorney*  
*Organized Crime Strike Force*

*Ronald V. Dellums Federal Building*  
*1301 Clay Street, Suite 340 South*  
*Oakland, California 94612-5217*

*Telephone: (510) 637-3929*  
*Facsimile: (510) 637-3724*  
*E-Mail:    Garth.Hire@usdoj.gov*

July 23, 2008

<u>Via E-Filing</u>

Honorable Wayne D. Brazil  
United States Magistrate Judge  
United States District Court  
Northern District of California  
1301 Clay Street, Courtroom 4  
Oakland, California 94612

      Re:    <u>United States v. Alejandro Barajas</u>  
             CR 07-00775 DLJ

Dear Judge Brazil:

      On behalf of both counsel for the government and counsel for defendant, the parties would like to request that a hearing for an arraignment on the information in this case be scheduled at 10:00 a.m. on Thursday, July 24, 2008.  Defendant will require the assistance of a Spanish language interpreter.  Thank you.

                                  Very truly yours,

                                  JOSEPH P. RUSSONIELLO  
                                  United States Attorney

                                  _____/s/_____

                                  GARTH HIRE  
                                  Assistant United States Attorney

cc:    Deborah G. Levine, Esq.