9AM
I/C
INI
E-FILING CASE

933 - 945 AM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/25/08

Case No: CR-07-00775-DLJ

Judge: D. Lowell Jensen

Reporter: MARGO GURULE

Clerk: Frances Stone

Defendant(s):

ALEJANDRO BARAJAS  Present? Y  In Custody? Y

Defense Counsel: DEBORAH LEVINE

US Attorney: GARTH HIRE

Interpreter: SPANISH — CAROLE GLASSER

US Probation Officer:

Reason for Hearing: STATUS/CHANGE OF PLEA

Ruling: HELD

GUILTY PLEA TO COUNT ONE OF THE INFORMATION. PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

Notes:

Case continued to: 10/10/08 AT 10AM  for SENTENCING

Excludable Delay: Category: ___ Begins: ___ Ends: ___

CC: PROBATION