O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
ALEJANDRO BARAJAS

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-00775 DLJ

FILED
JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, __ALEJANDRO BARAJAS__, the above named defendant, who is accused of

Using a communications facility (telephone) to facilitate narcotics trafficking in violation of 21 U.S.C. 843(b).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/24/2008__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_Alejandro Barajas, 07/24/08_
Defendant

_Deborah Levine_
Counsel for Defendant

Before _Wayne D. Brazil_  7/24/08
Judicial Officer