**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number                **CR-07-00775-01-DLJ**
Defendant's Name           **ALEJANDRO BARAJAS**
Defendant's Counsel        Deborah Levine
Due Date                   10/10/08 AT 10 AM

                           1   Courtroom              Floor  4th

~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~

**The Court has directed that a:**

| | |
|---|---|
| _____XX_____ | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
     Frances Stone, Deputy Clerk

Dated: **7/25/08**

**US PROBATION OFFICE**~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____
                     _____
                     _____